### SOLOMON v. THE STATE.

CANDLER, J.   One of the charges complained of was entirely free from error; the other, even if erroneous, could not possibly have been injurious to the accused.   The evidence amply warranted the verdict of guilty, and it was not error to overrule the motion for a new trial.

*Judgment affirmed.     All the Justices concur, except Simmons, C. J., absent.*

Submitted February 15, — Decided March 3, 1904.

Accusation of gaming.     Before Judge Foute.     City court of Cartersville.     December 18, 1903.

*James B. Conyers*, for plaintiff in error.
*Samuel P. Maddox, solicitor-general*, contra.